**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Spencer Neal, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:21-cv-03895 |
| | ) |
| v. | ) Magistrate Judge Vascura |
| | ) |
| Columbus Hotel Management Inc., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AGREED ORDER OF DISMISSAL

Pursuant to Fed. R. 41(a)(2), upon the request of Plaintiff Spencer Neal, all claims pending in this action against Defendant Columbus Hotel Management Inc. are hereby dismissed with prejudice. The parties are to bear their own attorneys' fees and costs.

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

Agreed by:

/s/ Colin G. Meeker
Colin G. Meeker (0092980)
BLAKEMORE, MEEKER & BOWLER CO., LPA
495 Portage Lakes Drive
Akron, Ohio 44319
PH: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

*Attorney for Plaintiff Spencer Neal*

/s/ Brandon Abshier
Brandon Abshier (0083505)
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, OH 43215
PH: (614) 232-2422
Fax: (614) 232-2410
babshier@reminger.com

*Attorney for Defendant Columbus Hotel Management Inc.*